UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>    Plaintiff,<br><br>    v.<br><br>DARREN COBRAE,<br><br>    Defendant. | No. 2:22-cv-0528-KJM-CKD (PS)<br><br><br>ORDER |

Plaintiff requests an extension of time up to and including January 19, 2023, to file objections to the findings and recommendations filed on December 8, 2022. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's ex parte request for an extension of time (ECF No. 31) is GRANTED. Plaintiff shall file any objections to the December 8, 2022 findings and recommendations on or before January 19, 2023.

Dated:  December 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Sanai22cv528.eot.obj

1