UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARREN COBRAE,<br><br>　　　　　Defendant. | No. 2:22-cv-0528-KJM-CKD (PS)<br><br><br>ORDER |

Plaintiff requests a second extension of time, up to and including February 21, 2023, to file objections to the findings and recommendations filed on December 8, 2022. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's ex parte motion for an extension of time (ECF No. 33) is GRANTED. Plaintiff shall file any objections to the December 8, 2022 findings and recommendations on or before February 21, 2023.

Dated: January 9, 2023

　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8.Sanai22cv528.eot2.obj

1