UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRUS SANAI,<br><br>        Plaintiff,<br><br>    v.<br><br>DARREN COBRAE,<br><br>        Defendant. | No.  2:22-cv-0528-KJM-CKD (PS)<br><br><br>ORDER |

      Plaintiff requests a further extension of time up to and including March 23, 2023, to file objections to the findings and recommendations filed on December 8, 2022. Previously, plaintiff requested and was granted two extensions of time totaling 63 days for the purpose of filing objections to the findings and recommendations. (See ECF Nos. 31-34.)

      Having reviewed the current application (ECF No. 35), the undersigned does not find good cause to grant a further extension of time. Plaintiff seeks extra time to obtain additional facts about defendant's "whereabouts and domicile" to challenge the undersigned's recommendation that this case be dismissed (see ECF No. 30) for lack of subject matter jurisdiction. Plaintiff represents, though, that plaintiff has already obtained evidence demonstrating defendant changed domicile to Hawaii prior to the date on which plaintiff filed this lawsuit, and thus that diversity jurisdiction is present. (ECF No. 35 at 4.) Plaintiff's continued requests for further extensions of

1

1  time, are, in effect, requests for time to conduct discovery, which the undersigned denied by
2  orders dated November 7, 2022, and December 8, 2022. See <u>Am. W. Airlines, Inc. v. GPA Grp.,
3  Ltd.</u>, 877 F.2d 793, 801 (9th Cir. 1989) (district court did not abuse its discretion in deciding the
4  jurisdictional issue without allowing additional time for outstanding discovery where questions
5  relating to jurisdiction were answered in affidavits).
6       For the foregoing reasons, IT IS HEREBY ORDERED that plaintiff's ex parte request for
7  an extension of time (ECF No. 35) is DENIED.
8  Dated:  February 21, 2023

   _____
   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

12  8.Sanai22cv528.eot.obj.3