UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cyrus Sanai, | No. 2:22-cv-00528-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Darren Cobrae, | |
| Defendant. | |

Plaintiff Sanai moves the court for what he describes as an "indicative order" in accordance with Federal Rule of Civil Procedure 60(b). Mot., ECF No. 54. The court **denies** the motion for lack of jurisdiction.

On April 20, 2023, this court adopted in full the magistrate judge's findings and recommendations and dismissed the complaint without prejudice and without leave to amend for lack of subject matter jurisdiction. Prior Order (Apr. 20, 2023), ECF No. 41. The Clerk of Court entered judgment in accordance with the court's order. Judgment, ECF No. 42. Plaintiff then moved to alter or amend the judgment of dismissal under Rule 59(e) and for relief from that judgment under Rule 60(b), which the court denied. *See* Prior Order (July 21, 2023), ECF No. 47. Plaintiff then filed a notice of appeal, appealing the court's prior orders dismissing the complaint, denying the motions under Rule 59(e) and 60(b) and denying the motion for an

extension of time to file a notice of appeal, and the judgment of dismissal.  *See* Notice of Appeal, ECF No. 50.

"Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Nat. Res. Def. Council, Inc. v. Sw. Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001).  Although the court "retains jurisdiction during the pendency of an appeal to act to preserve the status quo," *id.*, the court does not have jurisdiction to "adjudicate anew the merits of the case after either party has invoked its right of appeal and jurisdiction has passed to an appellate court," *McClatchy Newspapers v. Cent. Valley Typographical Union No. 46*, 686 F.2d 731, 734 (9th Cir. 1982).

Plaintiff moves for an "indicative order for relief" from the court's prior order dismissing the complaint and the judgment of dismissal.  Mot. at 2.  Because plaintiff has filed a notice of appeal prior to filing the instant motion, this court lacks jurisdiction; the motion is **denied**.

This order resolves ECF No. 54.

IT IS SO ORDERED.

DATED:  January 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE